IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| STANLEY D. McKENZIE, SR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:22-cv-00031-JRG-CHS |
| v. | : | |
| NORFOLK SOUTHERN RAILWAY | : | JUDGE GREER |
| COMPANY, | : | |
| | : | JURY DEMAND |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

Come the parties, by and through counsel, and advise the Court that they reached a settlement of this case in the mediation held January 12, 2023. A Stipulation of Dismissal will be filed shortly upon completion of the settlement process.

Respectfully submitted,

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By: */s/ Craig R. Allen*
    Craig R. Allen (BPR #009088)
    Benjamin T. Reese (BPR #023847)
    *Attorneys for Defendant*
P.O. Box 1749 | 601 Market Street, Suite 400
Chattanooga, TN 37401-1749
(423) 756-7000
cra@smrw.com
btr@smrw.com

THE MOODY LAW FIRM, INC.

By: */s/ Jonathan L. Stone* (with permission by
    Craig R. Allen (BPR #009088)
    Jonathan L. Stone (VA BPR #75483)
    *Attorneys for Plaintiff*
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
jstone@moodyrrlaw.com